## United States Bankruptcy Court for the Southern District of Texas
### Debtor Registration Form for Service of Documents by Electronic Mail

Date: 1/15/2014

Bankruptcy Case No. 14-30373

*United States District Court*
*Southern District of Texas*
*FILED*
*JAN 21 2014*
*David J. Bradley, Clerk of Court*

**Debtor**

Last Name: Barnes    First: Jack    M.I. _____

**Joint Debtor (if applicable)**

Last Name: _____    First: _____    M.I. _____

Street Address: 23203 Northampton Hines Dr

City: Spring    State: TX    Zip Code: 77389

E-Mail Address for Electronic Service (please print): Jack.a.barnes@live.com

Joint E-Mail Address if different (please print): _____

By signing and submitting this form, I understand and agree to the following:

1. I request and agree to receive service of all documents, notices and orders in my bankruptcy case solely by electronic mail at the above e-mail address through the court's Electronic Filing System. **This does not apply to adversary proceedings**.

2. I will not receive service of any documents, notices and orders in my bankruptcy case by mail and I expressly waive any right to service by mail or any other means. **This does not apply to adversary proceedings**.

3. I will immediately inform the court of any change in my e-mail address.

4. I understand that it is my responsibility to make sure that the court has my correct e-mail address.

5. I understand that it is my responsibility to ensure that any spam filter, firewall or other software that could delay or prevent delivery of e-mail from the court is properly configured to allow me to receive e-mail from the court regarding my bankruptcy case.

6. I understand that responses to e-mails from the court will not be read. If I disagree or have questions about any document I receive by e-mail, I must either contact my attorney or file a written document with the court.

Debtor's Signature: _[signed]_

Joint Debtor Signature (if applicable): _____